# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Krylosova Zinaida, | No. CV-26-02866-PHX-RM (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Todd M Lyons, et al., | |
| Respondents. | |

On June 3, 2026, the Court granted Petitioner's 28 U.S.C. § 2241 Petition and ordered that Petitioner be provided a bond hearing. (Doc. 13.) Respondents thereafter filed a Notice of Compliance, stating that Petitioner received a bond hearing on June 5, 2026, and was denied bond based on a finding of flight risk. (Doc. 16.) Currently pending before the Court is Petitioner's Motion for Rescheduled Bond Hearing or Release, in which Petitioner challenges the adequacy of the June 5, 2026 bond hearing and alleges that she was not provided advance notice of the hearing. (Doc. 17.)

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED** that on or before **June 30, 2026**, Respondents shall respond to Petitioner's Motion and submit to the Court an audio recording or transcript of the June 5, 2026 bond hearing.  Petitioner may file a reply in support of her Motion on or before **July 7, 2026**.

Dated this 22nd day of June, 2026.

_____

Honorable Rosemary Márquez
United States District Judge